UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY MOONSAMMY, *et al.*,

                                        Plaintiffs,

                    -v-

DAVID C. BANKS, *et al.*,

                                        Defendants.

24 Civ. 5151 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion for emergency relief in the above-captioned case, seeking to require the New York City Department of Education to promptly convene a resolution meeting regarding plaintiffs' recently filed due process complaint. Dkt. 11. The Court directs the parties forthwith to confer with the goal of mooting this dispute. If it is not resolved, defendants shall serve any opposition to the motion by July 31, 2024. Plaintiffs' reply, if any, shall be served by August 7, 2024. At the time any reply is served, the moving party shall supply the Court with courtesy copies of all motion papers via email to EngelmayerNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: July 17, 2024
       New York, New York