UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CINDY MOONSAMMY, *et al.*,

                    Plaintiffs,

      -v-

DAVID C. BANKS, *et al.*,

                    Defendants.

24 Civ. 5151 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

Having reviewed plaintiffs' submissions in support of their motion for emergency relief, Dkts. 11–13, 25–27, and defendants' submissions in opposition, Dkts. 20–21, the Court wishes to convene a telephonic hearing on the motion for emergency relief at **11:30 a.m. on Wednesday, August 14, 2024**. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 13, 2024
      New York, New York