UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CINDY MOONSAMMY, *as Parent and Natural Guardian
of A.M.*, *et al.*,

                          Plaintiffs,

                -v-

DAVID C. BANKS *et al.*,

                          Defendants.

---

24 Civ. 2616 (PAE)
24 Civ. 5151 (PAE)
24 Civ. 6483 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

This order addresses the parties' recent letters at dockets 63 through 68.[1]  On May 20, 2026, the Court directed the parties to provide a status update, including whether these cases should be closed, given that they had been inactive for more than a year.  Dkt. 62.  The parties then filed the letters above.  They contain two requests, both of which the other side opposes. First, the Department of Education ("DOE") requests an "in-person conference" to assess whether counsel for the Moonsammys have a conflict of interest, based on email communications it attached from Mr. Moonsammy and others.  Dkt. 63 ("DOE letter").  Second, the Moonsammys' counsel requests sealing of the DOE letter and attached emails, ostensibly on privacy grounds.  Dkt. 66.

The Court hereby orders as follows.

First, by June 22, 2026, Cindy and Kemraj Moonsammy shall respectively file sworn affidavits that (1) attest they have each read this order and the letters (including any attachments) at dockets 63 through 68, and (2) state whether they wish to continue bringing these actions with

---

[1] The Court cites the docket numbers in 24 Civ. 2616.  The parties filed identical letters in 24 Civ. 5151 and 24 Civ. 6483.

the Liberty & Freedom Legal Group, Ltd. as their counsel.  Upon receipt of such affidavits, the Court will determine whether to schedule a conference.

Second, the Court denies the request by the Moonsammys' counsel to seal the DOE letter and its attachments.  The DOE appropriately redacted, from those materials, all names, email addresses, and other information that might implicate legitimate privacy interests.  The sealing motion instead appears to be aimed at protecting iBRAIN's reputational interests.  It thus does not offer any valid reason for sealing.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 15, 2026
        New York, New York